UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT KITE,<br><br>            Plaintiff,<br><br>      vs.<br><br>NORM KRAMER, et al.,<br><br>            Defendants. | 1:14-cv-01507-AWI-GSA-PC<br><br>SECOND ORDER EXTENDING TIME TO FILE FIRST AMENDED COMPLAINT<br><br>DEADLINE:  <u>MARCH 30, 2015</u> |

      Everett Kite ("Plaintiff") is a civil detainee proceeding pro se and in forma pauperis with this civil rights action pursuant to 42 U.S.C. § 1983. The Complaint commencing this action was filed by Plaintiff and fifteen co-plaintiffs on June 18, 2014. (Doc. 2.) On September 26, 2014, the court issued an order severing the plaintiffs' claims, opening new cases for the co-plaintiffs, and ordering Plaintiff and each co-plaintiff to file a First Amended Complaint in his own action within thirty days. (Doc. 1.) On November 26, 2014, Plaintiff was granted an extension of time until January 6, 2015 in which to file the First Amended Complaint. (Doc. 4.)

      On December 12, 2014, Plaintiff and fifteen co-plaintiffs filed two appeals to the Ninth Circuit court of appeals, which were assigned case numbers #14-17453 and #14-17456. (See case 1:14-cv-00939-AWI-GSA-PC, Docs. 47, 48.) On January 12, 2015, the Ninth Circuit dismissed the appeals for lack of jurisdiction. (<u>Id.</u>, Doc. 53.) On February 5, 2015, the Ninth Circuit entered the mandate. (<u>Id.</u>, Doc. 54.)

1

Plaintiff's appeals are now resolved, and Plaintiff is required to file a First Amended Complaint in this case, pursuant to the court's order of September 26, 2014. At this juncture, good cause appearing, Plaintiff shall be granted an extension of time in which to file the First Amended Complaint.

Accordingly, good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff is GRANTED an extension of time **until March 30, 2015**, to file a First Amended Complaint in this action, pursuant to the court's order of September 26, 2014; and

2. Plaintiff's failure to comply with the court's order shall result in the dismissal of this case.

IT IS SO ORDERED.

Dated:   **February 19, 2015**              **/s/ Gary S. Austin**
                                            UNITED STATES MAGISTRATE JUDGE